EXHIBIT "A"

Mr. Ernie Molina
Warner-Jenkinson Company of California
P.O. Box 16797
Irvine, California 92713

Dear Mr. Molina:

This is in reply to your letter of January 17, 1980 concerning the
labeling of vanilla flavoring with other natural flavors.

A flavoring composed of 50% vanilla extract and 50% natural flavors
not derived from vanilla beans intended for retail sale may be iden-
tified as "vanilla flavor with other natural flavors". However,
because "vanilla extract" and "vanilla flavoring" are standardized
foods and these products are expensive we believe in order to dis-
tinguish this product from other similar products the general principles
of 21 CFR FR 102.5 should apply. Thus, the name should be accompanied
by "contains 50% vanilla extract and 50% non-vanilla flavors".

Since this product is to be sold at retail it must comply with the
applicable labeling requirements of 21 CFR 101. These provisions
would require at a minimum that the label for the food bear: (1)
an identity statement; (2) an accurate net contents declaration;
(3) a listing of each ingredient in the food by its common or usual
name in descending order of predominance by weight; and (4) the
name and address of the manufacturer, packer or distributor.

If we can be of further assistance, please let us know.

Sincerely yours,


Taylor M. Quinn
Associate Director
 for Compliance
Bureau of Foods

EXHIBIT "B"



RUTGERS

New Jersey Agricultural
Experiment Station

Mass Spectrometry Facility
Food Innovation Center North
Rutgers, The State University of  NJ
63 Dudley Road
New Brunswick, NJ 08901-8520

Thomas G. Hartman, Ph.D.
Laboratory Director
hartmantg@aol.com
Phone: 848-932-5543
Fax: 732-932-6776

January 31, 2020

Spencer Sheehan, Esq.
Sheehan & Associates, P.C.
505 Northern Blvd
Suite 311
Great Neck, NY 11021

spencer@spencersheehan.com

## CONFIDENTIAL

## Mass Spectrometry Laboratory Analysis Report #7608

### Flavor Analysis of Westsoy Organic Unsweetened Vanilla Soymilk

Dear Mr. Sheehan:

This is the report pertaining to the above-captioned samples that you submitted for flavor analysis.

## I     Sample Log

The following samples were received for analysis:

1.     Westsoy Organic Unsweetened Vanilla Soymilk
       Production Code: 10219254714:44 1229629

## II     Analysis Request

The analysis request was to extract and analyze the flavors from the product.

### III     Analysis Methodology

The product ( 10 g) was transferred to a borosilicate glass test tube sealed with Teflon-lined, screw cap closure, matrix-spiked with 10 μg of naphthalene-$d_8$ internal standard (1.0 ppm w/v) and mixed thoroughly using a lab vortexor. The sample was then divided into 4 equal portions, transferred to glass vials and extracted with equal volumes (1:1) of methylene chloride. The layers were allowed to separate and then the methylene chloride extracts isolated and pooled together. The pooled extracts were centrifuged 30 minutes at 2500 rpm to clarify (separate any water or emulsion) then dried with anhydrous sodium sulfate. The dried extract was concentrated under a gentle stream of nitrogen to a final volume of approximately 0.5 mL then transferred to a Purge & Trap apparatus (Scientific Instrument Services, Solid Sample P&T system) and subjected to Purge & Trap-Thermal Desorption-GC-MS analysis as follows:

### Purge & Trap-Thermal Desorption-GC-MS

Concentrated methylene chloride extract prepared as described above was evaporated to dryness in a stream of nitrogen gas inside the glass tubing of the purge & trap apparatus (SIS Solid Sample Purge & Trap Oven). Immediately upon reaching dryness the sample was subjected to P&T analysis by purging with nitrogen at 50 ml per minute for 30 minutes at 150°C. The exhaust of the P&T apparatus was fitted with a Tenax-TA adsorbent trap. The traps were then connected to the Short Path Thermal Desorption system and thermally desorbed directly into the GC-MS system for final analysis (SIS Model TD-4 Short Path Thermal Desorber). The thermal desorption conditions were 250°C for 5 minutes. A method blank was prepared and analyzed prior to the vanilla ice cream sample. Compounds detected in the method blank were disregarded in the data treatment of the test sample.

### GC-MS Analysis Methodology

Analyses of Tenax traps prepared as described above were conducted using a Scientific Instrument Services (SIS) model TD4 Short Path Thermal Desorber interfaced to the Varian 3400 GC directly coupled to a Finnigan TSQ-7000 triple stage quadrapole tandem mass spectrometer equipped with an Xcaliber data system. Thermal desorption conditions were 250°C for 5 minutes using sub-

ambient, cryogenic GC column temperature programming. The GC was equipped with a 60 meter x 0.32 mm i.d. Guardian-ZB-5MS capillary column with a 1.0 μm film thickness (Phenomonex). The mass spectrometer was operated in electron ionization mode (70 eV) scanning masses 35-350 once each second.

**Materials**

Naphthalene-$d_8$ used as internal standard for the study was purchased from Sigma-Aldrich Chemical Co, St. Louis MO. Methylene chloride was purchased from Thermo Fisher Scientific. All thermal desorption supplies were purchased from Scientific Instrument Services, Inc., Ringoes, NJ.

**IV    Results**

The GC-MS analysis data for the vanilla soymilk product is summarized in Table 1. The GC-MS chromatogram corresponding to the Table is presented in Figure 1. From left to right, the Table lists the MS scan number (from centroid of peak), peak area integration, peak identification and then concentration data expressed in parts per million (ppm w/v). The data is semi-quantitative and based on peak area ratio to the matrix-spiked internal standard (naphthalene-$d_8$) assuming a detector response factor of 1.0 with no correction for extraction efficiency.

If you have any questions or if I can be of further assistance to you then please don't hesitate to contact me.

Respectfully Submitted,

Thomas G. Hartman, Ph.D.
Mass Spectrometry Lab Director
& Research Professor

3

Attachments

▸    Table 1, Analysis Results Summary

▸    Figure 1, GC-MS Chromatogram

▸    Analysis Data Forms

▸    Photo of Test Sample

**Table 1**

**Sheehan & Associates, P.C., Project #7608**
**Westsoy Organic Unsweetended Vanilla Soymilk**
**Production Code: 10219254714:44 1229629**
**Methylene Chloride Extract of with 1 ppm Matrix-Spiked Int. Std. by P&T-TD-GC-MS**

**Data File = TSQA3762**

| MS Scan # | Area Integration | Peak Assignment | Conc. PPM w/w |
|---|---|---|---|
| 132 | 1837527 | diacetyl | 1.18 |
| 186 | 110971 | acetol | 0.07 |
| 238 | 212546 | acetoin | 0.14 |
| 284 | 455852 | 1,2-propylene glycol (PG) | 0.29 |
| 339 | 17449 | hexanal | 0.01 |
| 381 | 27961 | methyl pyrazine | 0.02 |
| 428 | 20701 | hexyl alcohol | 0.01 |
| 490 | 98469 | gamma-butyrolactone | 0.06 |
| 553 | 355555 | hexanoic acid | 0.23 |
| 559 | 124675 | benzaldehyde | 0.08 |
| 576 | 25500 | 2-pentylfuran | 0.02 |
| 623 | 415090 | cyclotene | 0.27 |
| 639 | 362492 | N-methylpyrrolidinone (NMP) | 0.23 |
| 655 | 52342 | gamma-hexalactone | 0.03 |
| 661 | 123598 | heptanoic acid | 0.08 |
| 676 | 91395 | 2-acetylpyrrole | 0.06 |
| 693 | 93935 | guiaicol | 0.06 |
| 700 | 62741 | nonanal | 0.04 |
| 705 | 296423 | 3-hydroxy-4,5(R)-dimethyl-2(5H)-furanone | 0.19 |
| 743 | 45519020 | maltol | 29.23 |
| 761 | 482597 | octanoic acid | 0.31 |
| 769 | 138399 | benzoic acid | 0.09 |
| 800 | 209270 | decanal | 0.13 |
| 815 | 1557448 | naphthalene-d8 (internal standard) | 1.00 |
| 820 | 163504 | 2,3-dihydrobenzofuran | 0.10 |
| 853 | 872541 | nonanoic acid | 0.56 |
| 890 | 451734 | cinnamic aldehyde | 0.29 |
| 941 | 81667 | decanoic acid | 0.05 |
| 955 | 699778 | gamma-nonalactone | 0.45 |
| 1018 | 60098160 | vanillin | 38.59 |
| 1110 | 280100 | lauric acid | 0.18 |
| 1187 | 765501 | triethyl citrate | 0.49 |
| 1212 | 141266 | syringealdehyde | 0.09 |
| 1269 | 83629 | myristic acid | 0.05 |
| 1459 | 84413 | palmitic acid | 0.05 |
| | | **Total** | **73.75** |



RT: 0.00 - 45.02

NL:
3.40E8
m/z=
35.0-43.0+
45.0-350.0
MS
TSQA3762

TSQA3762
Type: Unknown ID: 1 Row: 1
Sample Name:          Westsoy Organic Unsweetened Vanilla Soymilk (Production
                      Code: 10219254714:44 1229629), DCM Extract, 150C/30min,
                      matrix spiked with w/w 1.0ppm Int. Std. by P&T-TD-GC-MS
Study:
Client:               Sheehan & Associates, P.C., LLN7608
Laboratory:           Mass Spectrometry - Dr. Tom Hartman
Company:
Phone:
Instrument Method:    C:\Xcalibur\methods\voc45solventdelay8min.meth
Processing Method:
Vial:                 1
Injection Volume (µl): 10.00
Sample Weight:        0.00
Sample Volume (µl):   0.00
ISTD Amount:          0.00
Dil Factor:           1.00



# WESTBRAE NATURAL

# WESTS♥Y®

## Organic
## Unsweetened
### Vanilla
#### SOYMILK



**American Heart Association**
CERTIFIED
Meets Criteria For
Heart-Healthy Food
™

See back panel for information about
the relationship between saturated fat,
cholesterol and heart disease.*

**9g PROTEIN**



NON GMO Project VERIFIED
nongmoproject.org


PARVE

USDA ORGANIC

32 FL OZ (1QT) 946 mL

# Nutrition Facts

Serving Size 1 cup, 8 fl oz (240mL)
Servings Per Container 4

**Amount per serving**

**Calories** 100     Calories from Fat 45

| | % Daily Value* |
|---|---|
| **Total Fat** 5g | 8% |
| Saturated Fat 1g | 5% |
| *Trans* Fat 0g | |
| Polyunsaturated Fat 3g | |
| Monounsaturated Fat 1g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 30mg | 1% |
| **Potassium** 390mg | 11% |
| **Total Carbohydrate** 4g | 1% |
| Dietary Fiber 1g | 6% |
| Sugars 3g | |
| **Protein** 9g | 18% |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C | 0% |
| Calcium 0% | • | Iron | 8% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | less than | 65g | 80g |
| Sat Fat | less than | 20g | 25g |
| Cholesterol | less than | 300mg | 300mg |
| Sodium | less than | 2,400mg | 2,400mg |
| Potassium | | 3,500mg | 3,500mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |
| Protein | | 50g | 65g |

**INGREDIENTS:** ORGANIC SOYMILK (FILTERED WATER, WHOLE ORGANIC SOYBEANS), NATURAL VANILLA FLAVOR WITH OTHER NATURAL FLAVORS.
**CONTAINS:** SOY

**MANUFACTURED FOR DISTRIBUTION BY:**
THE HAIN CELESTIAL GROUP, INC.
LAKE SUCCESS, NY 11042 USA



CERTIFIED ORGANIC
BY QUALITY ASSURANCE
INTERNATIONAL (QAI)





Food and Drug Administration
College Park, MD 20740

APR 1 9 2005

Mr. Richard J. Brownell, Jr.
Vice President
Vanilla Products
Virginia Dare
882 Third Avenue
Brooklyn, New York 11232

Dear Mr. Brownell:

This is in response to your letter of February 10, 2005, to the Food and Drug Administration (FDA) regarding our October 8, 2004, letter to Rhodia, Inc. on the labeling of a vanillin product derived by fermentation. You requested clarification on our response to Rhodia, Inc. because you believe that it may be misinterpreted. In addition, you requested further clarification on whether a vanillin product derived by a natural process may be used to make natural vanilla flavors.

FDA's policy on the use of the term "natural" is that "natural" means that nothing artificial (including artificial flavors) or synthetic (including all color additives regardless of source) has been included in or has been added to a food that would not normally be expected to be in the food. Additionally, we do not restrict the use of the term "natural" except on products that contain added color, synthetic substances and flavors as defined in Title 21 of the Code of Federal Regulations (CFR), section 101.22.

As you know, on April 5, 2004, Rhodia, Inc. wrote to us requesting a letter confirming that vanillin derived from a natural source such as ferulic acid via a natural process such as fermentation can be labeled "natural vanillin" or "vanillin derived naturally by fermentation." In our October 8, 2004, response to Rhodia, Inc. we stated that the common or usual name of the product Rhodia, Inc. described in its letter is "vanillin." Further, we stated that if the product is manufactured by a natural process, we would not object to the use of a statement such as "vanillin derived naturally through fermentation" elsewhere on the product label because such statement indicates how the product was processed. However, the product Rhodia, Inc. described would not qualify as "natural vanillin." Thus, although we would not object to a statement on the label indicating that vanillin is derived naturally through a fermentation process, we point out that such a statement should not imply that the vanillin is a natural flavor or that a finished food containing it is natural.

In your letter, you requested further clarification on whether a vanillin product derived by a natural process may be used to make natural vanilla flavors. The standards of identity for vanilla extract

Page 2 – Mr. Richard J. Brownell, Jr.

(21 CFR 169.175) and vanilla flavoring (21 CFR 169.177) do not provide for the use of vanillin. Therefore, vanillin may not be used to make natural vanilla flavors in such standardized foods.

If we may be of further assistance, please let us know.

Sincerely yours,

*Catalina Ferré-Hockensmith*

Catalina Ferré-Hockensmith
Consumer Safety Officer
Division of Food Labeling
  and Standards
Office of Nutritional Products, Labeling
  and Dietary Supplements
Center for Food Safety
  and Applied Nutrition

EXHIBIT "C"

DEPARTMENT OF HEALTH AND HUMAN SERVICES                Public Health Service



Food and Drug Administration
College Park, MD  20740-38



AUG 0 5 2008

Richard J. Brownell Jr.
Vice President Vanilla Products
Virginia Dare Extracts, Inc.
882 Third Avenue
Brooklyn, New York  11232

Dear Mr. Brownell:

This is in response to your letter to the Food and Drug Administration (FDA) dated
March 16, 2007, on the labeling of finished foods or beverages where vanilla is the
characterizing flavor and the label refers to natural vanilla, vanilla flavor or some other
similar description.  We regret the delay in responding to your inquiry, and hope the
following information is still helpful to you.

You specifically asked when a food or beverage product is marketed (labeled) as
(natural) vanilla, does the characterizing (vanilla) flavor have to be derived from vanilla
beans and conform to the vanilla standard of identity.  According to our regulation in
Title 21 of the Code of Federal Regulations (CFR), section 101.22(i)(1), if a food
contains no artificial flavor that simulates, resembles or reinforces the characterizing
flavor, the name of the food on the label shall be accompanied by the common or usual
name of the characterizing flavor, e.g., "vanilla."  For example, the common or usual
name of an ice cream product that does not contain artificial flavors would be "vanilla
ice cream," and it should be made from vanilla beans.  On the other hand, if a product
such as ice cream does not contain enough of the characterizing ingredient, vanilla
beans, to characterize the food or it does not contain such ingredient, and contains
vanilla flavor, the product must be labeled "natural vanilla flavored ice cream" or
"vanilla flavored ice cream."  However, the flavors used to make such product must be
derived from vanilla beans such as vanilla extract or vanilla flavor that are subject to
standards of identity.  Products made from vanillin should not be named "vanilla ____,"
e.g., "vanilla ice cream," or "vanilla flavored ____," e.g., "vanilla flavored ice cream"
because these products are not made from vanilla beans or vanilla flavors made from
vanilla beans.  Furthermore, if a food contains any artificial flavor which resembles or
reinforces the characterizing flavor, the name of the food on the label should be
accompanied by the common or usual name of the characterizing flavor and the word(s)
"artificial" or "artificially flavored", e.g., "artificial vanilla," "artificially flavored
vanilla" or "vanilla artificially flavored."

Page 2- Mr. Richard J. Brownell Jr.

In our April 19, 2005, letter to you on the labeling of a Rhodia, Inc. vanillin product derived from a natural source such as ferulic acid via a natural process such as fermentation, we stated that this vanillin product "would not qualify as natural vanillin." In our April 19, 2005, letter we also stated that although we would not object to a statement on the label indicating that vanillin is derived naturally through a fermentation process, such a statement should not imply that the vanillin is a natural flavor or that a finished food containing vanillin is natural. However, upon further consideration on this issue, we realize that our views about vanillin expressed in the April 19, 2005, letter were based on the food standards regulations under sections 169.180, 169.181, and 169.182 in 21 CFR.

These regulations pertain to standardized vanilla extract ingredients that contain added vanillin and require the designation "contains vanillin, an artificial flavor (or flavoring)". However, it should be noted that these regulations pre-date the fermentation process that Rhodia uses to produce vanillin. Also, 21 CFR 101.22(a)(1) provides that fermentation products are not considered to be artificial flavors. Thus, the new Rhodia process produces a natural flavor and consequently, the ingredient label of a finished food containing the vanillin product made by Rhodia can bear the term "vanillin," "natural flavor" or "contains natural flavor" but the term "natural flavor" must not be used in such a way to imply that it is a "natural vanilla flavor" because it is not derived from vanilla beans. Furthermore, the term "natural" is not a part of the common or usual name of Rhodia's product when sold as the finished food. The common or usual name of Rhodia's product is "vanillin," regardless of the type of method used to produce it. Therefore, the statement of identity of the product sold as the finished food is "vanillin."

If we may be of further assistance, please let us know.

Sincerely yours,

Catalina Ferré-Hockensmith
Food Labeling and Standards Staff
Office of Nutrition, Labeling
   and Dietary Supplements
Center for Food Safety
   and Applied Nutrition

EXHIBIT "D"



**DEPARTMENT OF HEALTH & HUMAN SERVICES**     Public Health Service

Food and Drug Administration
College Park, MD 20740

October 10, 2008

Ms. Agneta Weisz
Comax Flavors
130 Baylis Road
Melville, NY 11747

Dear Ms. Weisz:

This is in response to your letter, dated November 15, 2007, requesting the Food and Drug
Administration's (FDA) opinion as to whether vanillin produced by a fermentation process
developed by Comax Flavors (Comax) would be considered a natural flavoring substance in
accordance with section 101.22 (a)(3) in Title 21 of the Code of Federal Regulations (21 CFR).
Along with your letter you submitted a description of the manufacturing process and information
on product analysis and specifications. In a letter, dated December 11, 2007, you submitted
additional information on the chemical analysis of your product.

Based on the information you submitted, we have determined that Comax's fermentation process
for vanillin production can be considered to be a natural process. As such, Comax's vanillin
product can be categorized as a natural flavor in accordance with section 101.22 (a)(3).
However, with respect to labeling, the common or usual name of the product you describe is
"vanillin," regardless of the type of method used to produce it. Therefore, the product should be
labeled as "vanillin." FDA would expect vanillin to be produced by either Comax or synthetically
to meet the specifications listed in the Food Chemicals Codex (FCC) in order to be acceptable
for food use. If the substance happens to be manufactured through a natural process, as in the
case of Comax's fermentation process, this can be indicated by an additional labeling statement
referring to the manufacturing process (e.g., "vanillin derived naturally through fermentation" or
"natural" somewhere else on the label).

Moreover, we point out that when vanillin manufactured through a natural process such as
Comax's vanillin is used as an ingredient in another finished food, it should be listed in the
ingredient list as "vanillin" or "natural flavor" but it should not be done in a way to imply that it
is a "natural vanilla flavor" because it is not derived from vanilla beans.

Please contact us again if you have further questions regarding this matter.

Sincerely,

Negash Belay, Ph.D.
Office of Food Additive Safety
Center for Food Safety
    and Applied Nutrition