**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NATASHA BARRETO, individually and on
behalf of all others similarly situated,

                         Plaintiff,

      -against-                                   19 **CIVIL** 9677 (PKC)

                                                           **JUDGMENT**

WESTBRAE NATURAL, INC.,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 7, 2021, the Defendant's motion to dismiss the First Amended Complaint is granted; Judgment is entered for the Defendant and the case is closed.

**Dated:**  New York, New York
            January 8, 2021

                                                                      **RUBY J. KRAJICK**
                                                                     _____
                                                                      **Clerk of Court**
                                               **BY:**
                                                                         **Deputy Clerk**